## SMITH v. THE STATE.

SIMMONS, J.—1. Counsel for the accused having in strong and emphatic language stated in argument to the jury that the prisoner impressed him in his statement there and before that he was innocent of the charge, and that he (the counsel) conscientiously did not believe the prisoner was guilty, there was no error in charging that "what counsel said in their argument and what they believed" was to have no influence with the jury whatever; it clearly appearing from the context that the presiding judge used the words above quoted with reference solely to the statement made by counsel as to his belief in the prisoner's innocence.

2. The evidence warranted the verdict, and the newly discovered evidence was not such as to authorize the grant of a new trial.
October 15, 1894.                                *Judgment affirmed.*

Indictment for burglary. Before Judge CLARK. Fulton superior court. March term, 1894.

A. C. PERRY, for plaintiff in error.

C. D. HILL, solicitor-general, *contra.*

---

